# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| AMILCAR ANTONIO FRANCISCO-LOPEZ, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>JONATHON W. HORTON, )<br>)<br>Respondent. | Case No. 4:20-cv-00534-ACA-SGC |

## MEMORANDUM OPINION

The magistrate judge entered a report on July 6, 2020, recommending the court grant Respondent's unopposed motion to dismiss based on Petitioner's release on an immigration bond on May 18, 2020. (Doc. 7). Although the magistrate judge advised the parties of their right to file specific written objections within 14 days, the court has not received objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** her recommendation. By separate order, the court will dismiss this action as moot.

**DONE** and **ORDERED** this July 31, 2020.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE